UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| Caviston, Inc. | : | Case No. 19-11782 (ELF) |
|  | : |  |
| Debtor | : |  |

### DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS

Caviston, Inc. (the "Debtor"), by and through its undersigned proposed counsel, hereby moves for an extension of time in which the Debtor must file its Schedules, Statement of Financial Affairs and Other Documents and, in support hereof, states as follows:

1.   The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code") on March 22, 2019 (the "Petition Date").

2.   Since the Debtor did not file all of the documents required by this Court in connection with the commencement of their chapter 11 case, this Court entered an order directing that all such missing documents be filed by April 5, 2019.

3.   Although most of the Debtor's information has been compiled and input into the applicable document, there are still documents being compiled and analyzed such that the Debtor does not believe that it will be able to comply with the April 5, 2019 deadline. Accordingly, the Debtor seeks, by this Motion, a two-week extension (i.e., until April 19, 2019) in which to properly prepare and file all of its missing documents.

4.   No prior requests for an extension have been made or granted.

WHEREFORE, the Debtor hereby requests that this Court enter an order granting this motion to extend the time for filing its Schedules, Statement of Financial Affairs, and all other outstanding documents for a period two weeks or through April 19, 2019.

                                        SMITH KANE HOLMAN, LLC

Date: April 5, 2019            By: */s/David B. Smith*
                                        David B. Smith, Esquire
                                        112 Moores Road, Suite 300
                                        Malvern, PA 19355
                                        Tel: (610) 407-7217
                                        Fax: (610) 407-7218
                                        dsmith@skhlaw.com
                                        Proposed counsel to the Debtor